FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 20 AM 9:57
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA            *
                                    *
v.                                  *
                                    *    CR 114-40
WILLIAM ARNOLD DEBOW                *

## ORDER

In the captioned case, the Court entered Orders dated September 15, 2015, and October 5, 2015, to permit parties in interest to comment upon proposals made by or on behalf of Defendant William Arnold Debow with respect to certain firearms in possession of a third party, as to which this Defendant makes claim to a beneficial ownership interest. Because of the unique circumstances of this case, the Court and the United States Probation Officer have undertaken some extraordinary measures to enable the Defendant to dispose of a firearms inventory, file tax returns, and pay State and Federal income taxes, penalties, and interest. Those events having occurred, the Court is now disposed to remit the remainder of funds on deposit in the Court's registry to the Defendant or his nominee.

With respect to 18 firearms remaining in possession of Windsor Fine Jewelers, LLC d/b/a Southeastern Armory, the Defendant requests the approval of the Court for the release

and transfer of particular firearms to particular individuals. In his most recent submission, the defendant requests that the Court notice the fact of his cooperation over the course of these proceedings. It is true that the Court has noticed the Defendant's cooperation since sentencing and that the Defendant has complied with the Court's expectation in the preparation, filing, and payment of obligations relating to State and Federal taxes. However, the Defendant's "cooperation" is no more than his performance of preexisting obligations under the law.

It should be noted that this Defendant finds himself in federal prison for committing offenses of unlawful trafficking in firearms. The Court's initiative and the Probation Officer's assistance have enabled this Defendant to pay enormous tax obligations with the proceeds from the sale of a substantial firearms inventory to a responsible purchaser. The Defendant's most recent request, however, goes beyond that which is needful to enable the Defendant to satisfy outstanding tax obligations exceeding $600,000.00. The Defendant now wishes to utilize a virtual power of appointment vesting title to firearms in nominees of his choice. The Court is not inclined to approve, disapprove, or otherwise enable such a transaction. The taxes have been paid, the Defendant is about to be paid, and the Court will not employ extraordinary jurisdiction to accommodate this request. Upon

the foregoing, **IT IS HEREBY ORDERED** that the Clerk shall, when practicable, issue a check upon the registry of this Court for the entire remaining balance, plus interest accrued, payable to William Arnold Debow, and mail said check to Carol A. Debow, 3744 Tailboard Way, Martinez, Georgia 30907, who holds the Defendant's power of attorney. Accordingly, the Defendant's "Motion for Final Disbursements of Funds" (doc. no. 73) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Court declines any further action with respect to the 18 listed firearms. In that regard, the parties are left where found with whatever rights, remedies, or entitlements they may have with respect to those items. Finally, the Defendant is warned that, pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2), he has been convicted of a federal felony offense and consequently has no right to possess any firearm or ammunition in and affecting interstate or foreign commerce.

**ORDER ENTERED** at Augusta, Georgia this 20th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE